**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **BAY POINT CAPITAL PARTNERS II, L.P.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO: 1:26-CV-1704-AT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JLL VALUATION & ADVISORY SERVICES, LLC,** | ) | |
| **JONES LANG LASALLE, INC.,** | ) | |
| **and** | ) | |
| **JONES LANG LASALLE AMERICAS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONSENT MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO COMPLAINT**

Defendants JLL VALUATION & ADVISORY SERVICES, LLC ("JLL Valuation"), JONES LANG LASALLE, INC. ("JLL Inc."), and JONES LANG LASALLE AMERICAS, INC. ("JLL Americas" and, with JLL Valuation and JLL Inc., the "JLL Defendants"), with the consent of Plaintiff Bay Point Capital Partners II, L.P. ("Bay Point"), respectfully request an extension of time, up to and including May 4, 2026, to answer, move, or otherwise respond to Bay Point's Complaint. In support of this Motion, the JLL Defendants show the Court as follows:

On February 24, 2026, Bay Point filed the Complaint in the Georgia State-Wide Business Court, Case No. 26-GSBC-0005, (the "State Court Action") against the JLL Defendants. Counsel for Bay Point sent the undersigned a copy of the Complaint on March 5, 2026, and on March 9, 2026, JLL Defendants waived service of process. Accordingly, pursuant to O.C.G.A. § 9-11-4(d), the JLL Defendants and had sixty (60) days from the date Bay Point requested the waiver, *i.e.*, until May 4, 2026, to answer or respond to the Complaint. *See* ECF No. 1, Exh. A.

On March 30, 2026, the JLL Defendants timely removed the State Court Action to this Court and, as a result, the JLL Defendants' default deadline to respond to the Complaint is April 6, 2026. Fed. R. Civ. P. 81(c)(2)(C). Accordingly, the JLL Defendants respectfully request an extension of time, up to and including May 4, 2026, to respond to Bay Point's Complaint, bringing the deadline in line with the pre-removal deadline afforded to the JLL Defendants as a result of their agreement to waive service of process and commensurate with the default deadline the JLL Defendants would have had if they had waived service in this Court. *See* Fed. R. Civ 4(d)(3).

The JLL Defendants make this request in good faith and not for purposes of delay. Bay Point, through its counsel, has advised that it consents to the JLL Defendants' request without waiver of any argument Bay Point may assert with

respect to this Court's jurisdiction. Thus no party will be prejudiced by the relief requested herein.

WHEREFORE, the JLL Defendants respectfully request that the Court grant this Consent Motion, and extend the deadline for the JLL Defendants to answer, move, or otherwise respond to the Complaint to May 4, 2026.  A proposed order is being filed contemporaneously herewith..

Respectfully submitted this 2nd day of April, 2026.

**GREENBERG TRAURIG, LLP**
*/s/ Eva M. Spahn*
Eva M. Spahn
Georgia Bar No. 995675
eva.spahn@gtlaw.com
Richard F. Walker III
Georgia Bar No. 956246
richard.f.walker@gtlaw.com

Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2212

*Counsel for JLL Defendants*

3

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 5.1C</u>

I hereby certify that the foregoing motion was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1C.

**GREENBERG TRAURIG, LLP**
*/s/ Eva M. Spahn*
Eva M. Spahn
Georgia Bar No. 995675
eva.spahn@gtlaw.com
Richard F. Walker III
Georgia Bar No. 956246
richard.f.walker@gtlaw.com

Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2212
*Counsel for JLL Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Garrett A. Nail
Georgia Bar No. 997924
PORTNOY GARNER & NAIL LLC
49 Park Square Ct.
Roswell, Georgia 30075
404-688-8800
gnail@pgnlaw.com

*Counsel for Plaintiff*
*Bay Point Capital Partners II, L.P.*

*/s/ Eva M. Spahn*
*Counsel for JLL Defendants*